UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

**BANKRUPTCY MINUTES - GENERAL**

```
FILED
DEC 1, 2008
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk
```

ADV. NO.    RS
CASE NO.    RS08-23209 MJ                    DATE DEC 1, 2008                    13

TITLE: RAYMOND AND PATRICIA FARR

---

DOCKET ENTRY:    MOTION TO AVOID LIEN/VALUE AND STIP LIEN - PROPERTY LIEN WITH
                 BENEFICIAL/HFC
                 MTN FLD 10-31-08

---

PRESENT:
     HON. MEREDITH A. JURY, JUDGE

PRESENT FOR PLAINTIFFS/MOVANTS:        ATTORNEYS FOR DEFENDANTS/RESPONDENTS:

Bartlett

PROCEEDINGS:      Granted

**(XXX) ORDER TO FOLLOW      ( ) TO BE LODGED      (XXX) NO LODGEMENT NECESSARY**

**( ) WALK THROUGH       ( ) CLERK'S ORDER VAN 153     ( ) CHAMBER'S ORDER**

GENMIN1